UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Rainbow Play Systems, Inc.

Plaintiff,

v.

Abode Lumber Corporation d/b/a
Congo Play Systems,

Defendant.

Court File No. 02-CV-807
MJD/SRN

**DISMISSAL**

The above-captioned matter having been settled, Plaintiff hereby dismisses its Complaint.

Dated: May 30, 2002.

MACKALL, CROUNSE & MOORE, PLC.

Joanne H. Turner
1400 AT&T Tower
901 Marquette Avenue
Minneapolis, MN 55402
(612) 305-1400

ATTORNEYS FOR PLAINTIFF

**ORDER**

The above-captioned matter is hereby dismissed.

Dated: June 5, 2002

Judge of District Court

JHT/jht/628535.1

FILED JUN 05 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________